✔ JS-6

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
   Office of the General Counsel
8  Social Security Administration
9  6401 Security Boulevard
10 Baltimore, MD 21235
   Telephone: (510) 970-4861
11 Email: Jennifer.Tarn@ssa.gov
12
13 Attorneys for Defendant
14
              UNITED STATES DISTRICT COURT
15            CENTRAL DISTRICT OF CALIFORNIA
                    EASTERN DIVISION
16

17 | CINTHYA MEDINA,                 ) Case No. 5:23-cv-01758-AS
18 |     Plaintiff,                  )
                                     ) **[PROPOSED] JUDGMENT**
19 |                                 )
20 |     v.                          )
                                     )
21 | KILOLO KIJAKAZI, Acting         )
   | Commissioner of Social Security,)
22 |                                 )
   |     Defendant.                  )
23 |_____)

24
25
26
27
28

-1-

1
2  The Court having approved the parties' stipulation to remand this case
3  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
4  with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
5  entered for Plaintiff.
6
7  DATED: November 1, 2023              / s / Sagar
                                        HONORABLE JUDGE ALKA SAGAR
8                                       UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28