LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| CINTHYA MEDINA,<br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No: 5:23-cv-01758-AS<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED AND SEVEN DOLLARS AND 06/100 ($1,707.06) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: January 3, 2024       / s / Sagar
                                  HON. ALKA SAGAR
                                  UNITED STATES MAGISTRATE JUDGE